# United States District Court

## CENTRAL DISTRICT OF ILLINOIS



FILED

SEP 1 8 2023

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Willie L. Crowder III _____,

                    Plaintiff

            vs.

Stewart Umholtz _____

_____

_____

_____

_____

_____

_____ ,

                    Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 23-1359

*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.*

☒  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

## I. FEDERAL JURISDICTION

_____

***\*Please refer to the instructions when filling out this complaint.*** *Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law.  *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A.  Plaintiff:

Full Name:  Willie L. Crowder III

Prison Identification Number:

Current address:   901 NE Glen Oak Ave  Peoria, IL 61603

*For additional plaintiffs, provide the information in the same format as above on a separate page.  If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B.  Defendants

Defendant #1:

Full Name:   Stewart Unholtz

Current Job Title:    Judge at Peoria Courthouse

Current Work Address   324 Main St Rm 214, Peoria IL 61602

Defendant #2:

Full Name:

Current Job Title:

Current Work Address

Defendant #3:

Full Name:

Current Job Title:

Current Work Address _____

_____

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III.  LITIGATION HISTORY

    *The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?      Yes ☐        No ☒

If yes, please describe _____

_____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐      No ☒

C.  If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number
   Willie James Crowder Jr Estate 21P248

2. Basic claim made   Fraud, Bribes given for ruling, Taking advantage of Plaintiff

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)   Pending i was informed by Umholtz to get a lawyer

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes  ☒   No  ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

      Yes  ☐   No  ☒

If your answer is no, explain why not   I'm Learning I don't have an attorney It's like they
were instructed not to help me I've called every attorney in town.

C.  Is the grievance process completed?   Yes  ☐   No  ☒

## V.  STATEMENT OF CLAIM

Place(s) of the occurrence Peoria Courthouse / 901 NE Glen Oak Ave Peoria, IL 61603

Date(s) of the occurrence  April 15, 2021 - Current Day

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

My father passed away April 6, 2021 Retired Veteran With Honors Willie James Crowder Jr

His wife Nadine Fenderson, Sister Barbra Marks And daughter in-law Cassandra Mclamb

Created a fake WILL and removed me but kept my inheritance and property my father left me

This is there 2nd lawyer the first lawyer quit during an investigation with ARDC July 2021

Louis Milot is their current lawyer who has attacked me since he was hired, Stalking my home

Hacking my WIFI, Not truthful in court. First Judge James Mack failed to listen to anything i had to say

Nov 2021 I filed for a Motion for new Judge due to favoritism once Judge Mack received he retalited

with No Discovery meaning the judge denies my witness, anything presented to court DENIED.

We now have Judge Stewart Umholtz December 2021and he is applying the No Discovery Per Milot

Long story short all 2022 i went to court for nothing I wasn't heard, Witnesses denied, The other

party Wins. I reviewed the case paperwork April 2023 and noticed my address has been changed

On court documents I reopened the case 21P248 hoping the judge will finally listen Aug 31st 2023

I try to inform the judge of the actions of the attorney Stalking my home, Hacking my WIFI as well as

riding by YELLING " You MAD DADDY REMOVED YOU FROM THE WILL " But the judge told me to get

a lawyer and laughed in my face. And awarded me to pay Milot for coming to court schedled the

the court date on my father's birthday as if it bothered me but i been reading up on JURISDICTION

as well as laws broken during this court case. My address was changed to 1010 W. Adrian Hinton

which belongs to Barbra Marks my father's sister she has been paying the judges for rulings against

me Barbra has nothing to do with this case but she is Money hungry and has stolen my inheritance

my grandmother left me back in 1998. They were so sloppy, careless, soulless and heartless with

with how they handled this they didn't care. They only cared about getting the money that didn't belong

to them. Even trying to set me up to be killed, I was jumped by 5 guys and hospitalized, Threatened

By deandre Marks, Cassandra Mclamb stalks my house everyday when i call the police they do nothing

I just want my inheritance, Justice for my father and everyone involved THE Prison MAX I Don't care

How old they are this has went on for too long lawyer took 2 months and 24 days to submit that

WILL into probate and Judge James Mack stamped the WILL with the wrong YEAR. June 6, 2022

I have handled 5 - 13 people attacking me alone for 3 yrs i need some help because their trying to get

locked up and killed because i will not be silent.

_____
_____
_____
_____
_____
_____
_____
_____
_____

JURY DEMAND          Yes  [X]        No  [ ]


Signed this __16th_____ day of __September_____ , 20 _2023_

                                              _Willie L. Crowder III_
                                              ( Signature of Plaintiff)


| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Willie L. Crowder III | |
| Address: | Telephone Number:  309-370-6808 |
| 901 NE Glen Oak Ave<br>Peoria, IL 61603 | |



## Legal Ethics
Consulting

for another small firm until she established her own practice, the Law Offices of Carol J. Perkins, in 2019. Her office is located at 456 Fulton Street, Suite 255, Peoria, Illinois 61602. Her primary practice areas are family law, landlord tenant matters, probate, and civil litigation. Ms. Perkins has been a long-time member of the Peoria County Bar Association. She handles at least one divorce per year pro bono through Prairie State Legal Services.

### II.
### A Discussion About the Matter That Involved Ms. Perkins and Mr. Crowder III

We would again like to underscore the fact that at no time did Ms. Perkins represent Mr. Crowder, III. She has no attorney-client relationship with him. However, in full cooperation with your investigation, we will provide the following facts.

On March 8, 2021, Ms. Perkins was retained by Mr. Crowder, Jr. (father of Mr. Crowder, III) to create a Power of Attorney for Healthcare and a Power of Attorney for Finances. Additionally, she was retained to review and update Mr. Crowder, Jr.'s will. The will predated Ms. Perkins' representation and was signed on November 11, 2020. Ms. Perkins did not see a need to update the Will and it remained in its original form at the time of Mr. Crowder, Jr.'s passing on April 6, 2021. The Will named Nadine Crowder, the wife of Mr. Crowder, Jr., as the estate's executor.

After the passing of Mr. Crowder, Jr., his widow, Mrs. Crowder, asked Ms. Perkins to set up a reading of the Will. It was Ms. Perkins' sense that Mrs. Crowder believed a reading of the Will with all family members present would be easier than having to address individual inquiries from family members who wanted to know if they were named in the Will. On April 15, 2021, Ms. Perkins hosted the Crowder family at her office for the reading of the Will. The Will explicitly excluded Mr. Crowder, III, from receiving anything from his father's estate. Upon receiving this news, Mr. Crowder became upset. He demanded that Ms. Perkins provide him with the Will so he could see for himself. Ms. Perkins declined to speak with him or provide him with a copy of the Will. On April 24, 2021, Mr. Crowder, III, submitted a Request for Investigation to your office after repeatedly requesting a copy of the Will from Ms. Perkins and her declining to do so.

Keeping good lawyers out of trouble and providing ARDC defense when they need it
205 North Michigan Avenue,
Suite 810, Chicago, Illinois 60601

Allison L. Wood, Principal
(312) 396-4060
aw@legalethicsconsulting.com
www.legalethicsconsulting.com



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523 (800) 252-8048
Fax (217) 546-3785

Willie L. Crowder, III
901 NE Glen Oak Avenue
Peoria, IL 61603
By Email: wcrowder09@gmail.com

Chicago
July 2, 2021

Re:     Carol Jean Perkins
        in relation to
        Willie L. Crowder, III
        No. 2021IN01292

Dear Mr. Crowder:

We have concluded our inquiry regarding Carol Perkins and we have determined to proceed no further.

You alleged that Ms. Perkins was unprepared for a meeting and that she refused to provide you with a copy of the Last Will of William Crowder, Jr.

Ms. Perkins has advised us that William Crowder, Jr. hired her to prepare a Power of Attorney for Healthcare and a Power of Attorney for Finances in 2020. Ms. Perkins indicated that at Mr. Crowder's request she reviewed his Will, but made no changes to the Will. Ms. Perkins stated that after Mr. Crowder died, the executor of the Estate hired her to represent the Estate. Ms. Perkins stated that she scheduled a reading of the Will and read the Will to the family members present. Ms. Perkins added that she currently represents the Estate, and she is under no obligation to communicate with you or other family members because her duty of loyalty is to her client.

We would be unable to show by the necessary clear and convincing evidence that Ms. Perkins harassed a party or that she otherwise engaged in professional misconduct. Ms. Perkins represented the Estate of William Crowder, Jr., and she had a duty to pursue the legal objectives of the Estate with diligence. Ms. Perkins discharged that duty by scheduling a reading of the Will and advising the executor. Your disagreement with the actions of the executor is not evidence of professional misconduct by Ms. Perkins. If any court sanctions Ms. Perkins, or if a court determines that she engaged in improper conduct, please contact the undersigned. At that time, we will determine whether further action is necessary. Therefore, we will close our file at this time.

Again, thank you for your cooperation.

Very truly yours,

/s/John R. Cesario
Senior Counsel
ARDC-Intake Division

JRC:ms

ROBERT M. SPEAR
6/18/2021 11:45 AI
CLERK OF THE CIRCUIT.COUR
PEORIA COUNTY, ILLINOI

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS**
**PEORIA COUNTY – IN PROBATE**

| | | |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF: | ) | |
| | ) | |
| **WILLIE J. CROWDER, JR.,** | ) | CASE NO. 21 P ____  21-P-00248 |
| | ) | |
| Deceased. | ) | |

## PETITION FOR PROBATE OF WILL AND FOR LETTERS TESTAMENTARY

NADINE CROWDER, on oath states:

1.     WILLIE J. CROWDER, JR. (hereinafter "Decedent"), whose place of residence at the time of death was 6403 North Talisman Terrace., Peoria, Illinois, died April 6, 2021 at OSF St. Francis Medical Center in Peoria, Illinois leaving a Will dated November 20, 2020, which Petitioner believes to be the valid last Will of the testator and has been filed with the Peoria County Circuit Clerk as 21 W 374, a copy of which is attached to this petition as Exhibit "A", and incorporated by this reference.

2.     Approximate value of the Decedent's estate in this State so far as known to Petitioner is as follows:

> Personal:  $2,000.00
> Real:  $5,000.00
> Annual Income from Real Estate:  $0.00

3.     The names and last known post-office addresses of the testator's known heirs and legatees are:

| Name | Relationship | Possible=P Heir-H Legatee-L | Minor-M Disabled Person-D | Post-Office Address (If Unknown, so state) |
|---|---|---|---|---|
| Nadine Crowder | Spouse | H/L | | 6403 N. Talisman Terr. Peoria, IL 61615 |
| Willie L. Crowder III | Son *changed my address* | H | | 1010 W. Adrian G. Hinton Ave. Peoria, IL 61605 |
| Jeramie Crowder | Son | H | | 1414 E. Jones St. Raleigh, NC 27610 |
| | | | | 339 Cline St. Lumberton, NC 28358 |
| | | | | 829 W. MacQueen Ave. |

Greetings My name is Willie L. Crowder III and I've been a victim of Fraud, Gang Stalking, Cyber attacking, Identity Theft, Attacked by 5 men, Civil Rights broken,  These attacks were done by Judge James Mack, Judge Stewart Umholtz, Lawyer Louis Milot, Lawyer Carol Perkins, Barbra Marks, Nadine Fenderson, Cassandra Mclamb, Lieutenant Sylvester and other's hiding behind the scenes. I don't know half of these people but how can 7-13 people get away with attacking 1 person for what his father left him before he passed away? My father called me and asked me to relocate back to Peoria from North Carolina in Aug of 2019 due to him having cancer and he didn't trust Nadine because she was giving him medication he was allergic to. My father was my best friend. He showed me a lot about life and how to survive as a man. My family always hated how close me and my father were since I was a kid.

I'm in total shock at my father's sister Barbra Marks. We even spoke about what Nadine and her daughter were doing and Barbara stated she had nothing to do with none of it. BUT she is the ring leader matter of fact Stewart Umholtz even made a remark that Barbra always used to say to me " You in your head again " at the court date on Aug 31, 2023. I asked the Judge why hasn't anyone answered my questions? Everyone calling me crazy, says I'm on drugs, Mentally retarded, Why? When I'm none of those names I have never said or spoken Bad about none of these people because they have always said these names since i was a Teenager. I'm 43 yrs old and Barbra has stolen  from MANY people in this family. She stole from her own mother's WILL take my siblings inheritance, Mine also from Johnny Mae Crowder Not one child received their

money. She is known for this, Even the man she was married to Mr. Clemont YEARS ago Barbra didn't leave his children a dime and that's why she is not well liked in her community. Barbra has been a VERY hateful person who hates to see anyone doing better than her. Barbra is known for paying her friends to do things and her hands stay clean. They honestly went too far this time. She hired a man to come and kill me because I wanted my inheritance. My father left me. She has gathered these people and paid them for their acts which is sad. Each needs to be sentenced, All this for stealing someone else's money. Nadine is wrong also she stole so much money from my dad can you see he purchased the house before he married her? Nadine's Name wasn't on anything on the house, I tried to stop all of this but this was premeditated they had this planned. I honestly feel my father was poisoned. They buried my father TOO fast.  Also Nadine received a check from Simon Mortuary in front of everyone the day of the funeral.  Nadine was deemed Incompetent from the medical team at OSF St. Francis asked why wasn't I up there and all Nadine yelled was I'M the WIFE. They weren't talking to her. I had to make the DNR call, And the morning my father passed I called to see when I could come up and say goodbye to my father, Best Friend because I live 5 minutes away from the hospital. Cassandra answers and says " HE DEAD ALREADY WHAT YOU WANT" I disconnected the call, to have so much hate to someone you don't know says a lot I feel in my heart Cassandra Poisoned my father. I'm only writing this letter to inform THE WORLD that i did nothing to these people not a thing their mad at what my father left me I was very close to my father out of any of his 7 children, 7 children that didn't receive nothing Nadine stated in that WILL was gonna get something. Everything went to

Cassandra Mclamb and her husband because Nadine is Sick. Cassandra forged my father's signature. I have the email she sent out right after dad died about his truck Cassandra signed dad's name but the paperwork was not dated. And the signature matches the forged signature of my father's on the WILL next to Cassandra's name which is in blue INK. You can tell they all know each other Stewart Umholtz allowed Cassandra to act out in the courtroom ( Taking shoes off as if she is preparing to fight, Yelling, Swinging arms, ) raising her voice and trying to trigger me BUT my focus is the names on the court documents Cassandra's name was not on any documents. They were protecting Nadine because she would have gotten scared, exposed. Honestly this case should have been over with If the ARDC would have listened to me when it took Carol Perkins 2 Months and 24 days to enter the WILL in probate you should have seen the writing on the WILL. They all know they were wrong for what they did, Nadine's cousin is Mark Shipp the State farm Insurance agent my father had Insurance But the VA paid for dad's funeral. Nadine paid so many people to do things to me, Gambling, New cars, and having to split my inheritance, drug addiction, I'm sure they're gonna lose this house also.  It's very sad that not one person can see the WRONG, Or they see it and just don't care. But I'm stuck here trying to do everything I can to prove this case is fraud because it is. I'm just wondering why nobody listened to me? Failed to review my evidence? Gave a Fair Trial? I came back 9 times to win this case without any lawyer, so now all of a sudden the judge saying " WILL YOU GET A LAWYER I'm tired of seeing this case and I said Your protecting a case based on FRAUD, and because Louis Milot said he wanted me to pay him for coming to court. The judge tried to award

that to him, I stood up and walked out and the judge said we are not done.. And I said Until someone review this case from Carol Perkins taking 2 months and 24 days to submit the WILL into Probate, Judge James Mack stamps the WILL into Probate June 6, 2022 ( It was 2021 ) I'm looking for a lawyer but with all these facts, forged signatures, Stalking, Gang Stalking, Hiring a Hitman to harm me Is enough to see guilt and all over money that's not even there's Properties, Not there's, Nadine lawyer said Cassandra Mclamb being a witness on the WILL she won't gain anything But receiving EVERYTHING. They bought cars with my money and I'm walking to take care of a 70 year old mother with dementia. While they can take out Order of Protections and stalk my house.

Thank You all

Willie L. Crowder III
This Letter that Was
Mailed To me to pay
Louis milot is Sad
But due to Lack of
Jurisdiction I Will not
Be attending.